**CRIMINAL COURTROOM MINUTE SHEET**
**GRAND JURY ARRAIGNMENT**

**DATE:** Jul 11, 2023   **CASE:** CR-23-237-SLP

**TIME IN COURT:** 15 mins   **COURTROOM:** 101

**MAGISTRATE JUDGE AMANDA MAXFIELD GREEN**   **COURTROOM DEPUTY RYAN BEAM**

**UNITED STATES OF AMERICA vs. Jeff Weng**

Defendant States true and correct name as: ____   **AGE:** 46

**Government Cnsl:** Wilson McGarry   **Defendant Cnsl:** J. Ken Gallon for Todd Henry

**U.S. Probation Officer:** Raven McDaniel   Retained

☒ Defendant Appears, with Counsel   **Interpreter:** Vivan Josh

☒ Defendant advised of his / her right of consular notification, Defendant is a citizen

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.   ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Indictment   ☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

☒ Case set on jury docket beginning the week of Sept 12, 2023 before U.S. District Judge Scott Palk

☒ Government recommends defendant be released on bond and conditions

☐ Government recommends defendant be detained based on ____

☐ Government ____

 ☐ Upon motion of the Government and request for continuance by ____

 ☐ Detention Hearing is set for ____

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☒ Unsecured Bond set at $5,000.00 with conditions per Release Order.

☐ Secured Bond set at ____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.