**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 304

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, SEPTEMBER 12, 2023, AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:   DATE TO BE DETERMINED**

**PHOTO ID IS REQUIRED FOR ANYONE ENTERING THE FEDERAL COURTHOUSE.**

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN TUESDAY, AUGUST 29, 2023**.   By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-22-428-SLP** | United States of America | Dan Gridley<br>Steven W. Creager |
| | v. | |
| | Tyler Don Watkins (on Bond) | Peter L. Scimeca |
| **CR-23-188-SLP** | United States of America | Daniel Gridley |
| | v. | |
| | Dan Johnson (Detained) | Troy R. Cowin |
| **CR-23-190-SLP** | United States of America | David Raymond Nichols, Jr. |
| | v. | |
| | Tyrae Oz Givens (Detained) | J.P. Hill |

| | | |
|---|---|---|
| **CR-23-199-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Brandon Ye (on Bond)<br>Le Xu (Detained)<br>Andy Zheng (Detained)<br>Hui Chen (on Bond) | Paul S. Faulk<br>Irven R. Box<br>Jason D. Riddle<br>Kimberly D. Miller |
| **CR-23-206-SLP** | United States of America | Thomas B. Snyder |
| | v. | |
| | Israel Torres-Garcia (on Bond)<br>Vanessa Teresa Garcia (Detained) | Jeffrey M. Byers<br>Sanjuanita A. Martinez<br>Richard W. Anderson |
| **CR-23-215-SLP** | United States of America | Travis Leverett |
| | v. | |
| | Juan Alfonso Rojas Cabanillas (Detained) | Cesar A. Armenta |
| **CR-23-237-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Jeff Weng (on Bond)<br>Tong Lin (on Bond) | Todd Henry<br>J. Ken Gallon |
| **CR-23-238-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Qifeng Ye (on Bond)<br>Ziquang Lin (on Bond) | Edward M. Blau<br>Daniel Page<br>Daniel J. Medlock<br>Mark L. Henricksen |

| | | |
|---|---|---|
| **CR-23-258-SLP** | United States of America | Wilson D. McGarry |
| | v. | |
| | Vinny Thai Nguyen (on Bond) | Lance B. Phillips |
| **CR-23-297-SLP** | United States of America | Jordan Ganz |
| | v. | |
| | Chad Allan Quinnell (Detained) | Julia C. Summers |
| **CR-23-300-SLP** | United States of America | Thomas B. Snyder |
| | v. | |
| | Johnathon Ryan Elliott (Detained) | Robert D. Gifford, II |
| **CR-23-305-SLP** | United States of America | Stanley J. West |
| | v. | |
| | Steven Joe Wayne Jackson (Detained) | Jason W. Perkins |
| **CR-23-318-SLP** | United States of America | Bow Bottomly |
| | v. | |
| | Chance Everett Reese (Detained) | Sammy L. Duncan |