AO 458 (Rev. 01/09)  Appearance

# United States District Court
for the

WESTERN   DISTRICT OF   OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       ) | |
| )  | |
| **Plaintiff,**       ) | |
| ) | |
| -vs-       ) | No.  **CR-23-237-SLP** |
| **JEFF WENG and**       ) | |
| **TONG LIN,**       ) | |
| ) | |
| **Defendant.**       ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date:  November 29, 2023

*s/David R. Nichols, Jr.*
DAVID R. NICHOLS, JR., OBA #22664
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
Office: (405) 553-8700
Fax: (405) 553-8888
David.Nichols@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 29, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record.

                                            *s/David R. Nichols, Jr.*
                                            DAVID R. NICHOLS, JR.
                                            Assistant United States Attorney