IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  CR-23-237-SLP |
| JEFF WENG, | ) ) ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

To the United States District Court Clerk for the Western District of Oklahoma:

Please enter my appearance as Attorney of Record for the above named Defendant, JEFF WENG.

Respectfully submitted.

MARTIN LAW OFFICE

s/ *Amber B. Martin*
Amber B. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, OK  73102
Telephone: (405) 236-8888
Facsimile: (405-236-8844
Email: amber@martinlawoffice.net

CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, March 12, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

s/ *Amber B. Martin*
Amber B. Martin