IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-23-237-SLP |
| ) | |
| JEFF WENG, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the Unopposed Motion of Jeff Weng for Extension of Time to File Objections to Presentence Investigation Report [Doc. No. 106]. Mr. Weng has retained new additional counsel, who have ordered the transcript of his jury trial and obtained copies of the relevant ECF filings in his case. Upon review, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Mr. Weng must file any objections to the Presentence Investigation Report no later than Wednesday, May 15, 2024.

IT IS SO ORDERED this 14th day of March, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE