### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-23-237-SLP |
| ) | |
| JEFF WENG, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Before the Court is the Motion to Withdraw as Counsel [Doc. No. 107]. Todd Edward Henry requests leave to withdraw as counsel of record for Defendant Jeff Weng. Upon review, the Motion is GRANTED and Mr. Henry is hereby withdrawn as counsel of record for Defendant. Defendant will continue to be represented by counsel of record Mack K. Martin and Amber B. Martin.

IT IS SO ORDERED this 15th day of March, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE