FD-302 (Rev. 5-8-10)

-1 of 1-

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

OFFICIAL RECORD

Date of entry    05/30/2023

(U//FOUO) WENG Yudi (WENG) aka, Jeff WENG, aka WENG "Jeff" Yudi, date of birth ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮, was interviewed at 7828 State Highway 9, Wetumka, Oklahoma (OK) by FBI Special Agents (SA) Danielle Shutts and Nicholas Nyman. After being advised of the identity of the interviewing Agents and the nature of the interview, WENG provided the following information:

▮▮▮▮▮▮▮ WENG just returned last night from Chicago. He went there to celebrate his son's seventeenth birthday. WENG has worked at this grow for about two years. The owner of the grow is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, who is his cousin. ▮▮▮▮▮▮ is currently hospitalized in Oklahoma City with heart problems. WENG contacts ▮▮▮▮ through ▮▮▮▮'s wife's phone, ▮▮▮▮▮▮. WENG's job duties are learning how to grow marijuana and taking care of the paperwork. He finds employees to work at the grow from family and friends. WENG previously lived in Iowa, he has been in the United States (US) for over 20 years. After the marijuana is harvested, it is sent to dispensaries, someone from the dispensary comes and picks it up. WENG gets paid between $3000 and $4000 per month. WENG has not seen J. WENG for about two months. This marijuana grow is legal because all of the right paperwork is in place.

UNCLASSIFIED//FOUO

Investigation on   05/17/2023   at   Wetumka, Oklahoma, United States (In Person)

File #   245E-OC-3567056, 200D-OC-3652021-Op_Toklahoma             Date drafted   05/23/2023

by   SHUTTS DANIELLE, NICHOLAS NYLS NYMAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

WEN_000776