# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-23-237-SLP |
| ) | |
| JEFF WENG, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Government's Unopposed Motion to File a Response to the Sentencing Memorandum Out of Time. [Doc. No. 166]. Upon review, the Motion is GRANTED. The Government shall submit its response to the sentencing memorandum on or before December 9, 2024.

IT IS SO ORDERED this 3rd day of December 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE