IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   CR-23-237-SLP |
| | ) |
| JEFF WENG, | ) |
| | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

To the United States District Court Clerk for the Western District of Oklahoma:

Please enter my appearance as Attorney of Record for the above named Defendant, JEFF WENG.

                                          Respectfully submitted,

                                          MARTIN LAW OFFICE

                                          s/ *William P. Kennedy*
                                          William P. Kennedy
                                          125 Park Avenue
                                          Fifth Floor
                                          Oklahoma City, OK  73102
                                          Telephone: (405) 236-8888
                                          Facsimile: (405-236-8844
                                          Email: will@martinlawoffice.net

CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 4, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

                                            s/ *William P. Kennedy*
                                            William P. Kennedy