SENTENCING COURTROOM MINUTE SHEET          DATE      12-19-2024

CR. CASE NO. CR-23-237-1-SLP   U.S.A. -vs-   JEFF WENG

COMMENCED    10:45      ENDED    1:00     TOTAL TIME    2 hours   15 minutes

JUDGE SCOTT L. PALK          DEPUTY KATHY SPAULDING          REPORTER EMILY CRIPE

COUNSEL FOR PLF.     Wilson McGarry

COUNSEL FOR DFT.     Mack Martin, Amber Martin, William Kennedy

INTERPRETER:    Vivan Josh

SENTENCING MINUTE:   Defendant appears in person with private counsel

Probation Report reviewed by counsel and dft.          Probation Officer:     Alicia Maddocks

Witnesses of Plaintiff:
1.   SA Danielle Shutts/FBI (sworn)

Witnesses of Defendant:
1.

Plaintiff's Exhibits Admitted:
Defendant's Exhibits Admitted:   1-11

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF   120 months.

Dft shall participate in the Inmate Financial Responsibility Program while incarcerated.

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of   5   years.

The court is not imposing community service.

Defendant must comply with the mandatory, standard, and special conditions of supervision that are set out in the Judgment in a Criminal Case.

Dft ordered to pay Special Assessment fee of $100.00 on Count   1   for a total of $100.00, due immediately.

Fine is hereby waived due to dft's inability to pay such fine.

Dft shall forfeit to the U.S. all right, title, and interest in the assets listed in the Preliminary Order of Forfeiture dtd 2-12-2024.

Dft. adv. of right to appeal & to appeal in f.p.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at: a BOP facility in Pennsylvania

DFT. REMANDED TO U.S.M.

Exhibits withdrawn and returned to counsel.