**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

www.okwd.uscourts.gov

**JOAN KANE**
CLERK

**SHANNON M. SHOULDERS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

12/31/2024

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE:   24-6266; USA v. Weng; CR-23-237-SLP-1

Dear Mr. Wolpert:

Notice is hereby given that

- [✓] no transcripts are necessary; or
- [ ] transcripts are already on file; or
- [ ] transcripts have been electronically filed

for the above captioned case.  The record is ready for appeal purposes.

Sincerely,

JOAN KANE, COURT CLERK

by:  s/ A.Wallace
        Case Administrator

cc: Counsel of Record