



Exhibit 17